JS-6

Jerry L. Steering [State Bar No. 122509]
LAW OFFICE OF JERRY L. STEERING
4063 Birch Street
Suite 100
Newport Beach, CA 92660
Telephone: (949) 474-1849
Facsimile: (949) 474-1883
jerrysteeringlaw@yahoo.com
Attorneys for plaintiff Penny Trent

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY TRENT,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, CAROLYN CHADWELL, KIRSTEN MITCHELL, THOMAS BECHTOL, MICHAEL CATALANO, CHRISTOPHER CROSSWHITE, JASON CUNNINGHAM, RANDY GERMAN, WILLIAM DOEMNER, RODNEY HOOPS, BRADLEY TOMS, DONALD MAHONEY, MAURICIO HURTADO, GORDON CLEMMER, KIM SHAPIRO, JUSTIN LYNDES, ROBERT THACKER, ANGELO GIBILTERRA and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case NO.: EDCV 12-02221-VAP (DTBx)<br><br>**STIPULATION TO DISMISS ACTION (F.R.Civ.P. 41(a)(1)(A)(ii))**<br><br><br><br>UNITED STATES DISTRICT JUDGE VIRGINIA A. PHILLIPS |

**COME NOW** the parties to this action and pursuant to F.R.Civ.P.

STIPULATION TO DISMISS ACTION

1

```
```

41(a)(1)(A)(ii) and stipulate to dismiss this instant action pursuant to the settlement agreement between the parties to this action, with prejudice.

**IT IS SO STIPULATED:**

LAW OFFICE OF JERRY L. STEERING

Dated: 10/15/13

_____
JERRY L. STEERING, ATTORNEY FOR PLAINTIFF PENNY TRENT

SAN BERNARDINO COUNTY COUNSEL'S OFFICE

Dated: 10-17-13

_____
JAMES THEBEAU, ATTORNEY FOR DEFENDANTS COUNTY OF SAN BERNARDINO, KIRSTEN MITCHELL, THOMAS BECHTOL, MICHAEL CATALANO, CHRISTOPHER CROSSWHITE, JASON CUNNINGHAM, RANDY GERMAN, WILLIAM DOEMNER, JOHN MCMAHON, RODNEY HOOPS, BRADLEY TOMS, DONALD MAHONEY, MAURICIO HURTADO, GORDON CLEMMER, KIM SHAPIRO, JUST LYNDES, ROBERT THACKER AND ANGELO GIBILTERRA

WAGER & PELAYES

Dated: 10/16/13

_____
DENNIS E. WAGNER, ATTORNEY FOR DEFENDANT CAROLYN CHADWELL

STIPULATION TO DISMISS ACTION

2

**IT IS SO ORDERED**

Dated: NOV 7 2013

_____
United States District Judge